**CERTIFICATE OF SERVICE**

      ANNA E. ARREOLA, pursuant to Title 28, United States Code, Section 1746, hereby declares under the penalty of perjury:

      That she is an Assistant United States Attorney in the Office of the United States Attorney for the Southern District of New York, and

      That on November 5, 2007, she caused one copy of a Bill of Particulars, dated November 5, 2007, to be delivered by ECF and regular mail to:

      Margaret M. Shalley, Esq.
      Fasulo, Shalley & DiMaggio, LLP
      225 Broadway, Suite 715
      New York, New York 10007

      Jeffrey G. Pittell, Esq.
      299 East Shore Road
      Great Neck, New York 11023

      Neil Bruce Checkman, Esq.
      Law Offices of Neil B. Checkman
      111 Broadway, Suite 1305
      New York, New York 10007

      Winston Lee, Esq.
      20 Vesey Street, Suite 400
      New York, New York 10007

      Ellyn I. Bank, Esq.
      225 Broadway, Suite 715
      New York, New York 10007

      Nancy L. N. Ennis, Esq.
      Quijano & Ennis
      381 Park Avenue South, Suite 701
      New York, New York 10016

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:    New York, New York
          November 5, 2007

*Anna E. Arreola*
_____
ANNA E. ARREOLA
ASSISTANT UNITED STATES ATTORNEY
(212) 637-2218