UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES of AMERICA,

            -against-

MIGUEL GUERRERO, et al,

            Defendant.

------------------------------------------------------------x

07 Cr. 00248 (RJH)

**ORDER**

        The status pre-trial conference scheduled for **February 20, 2008 is rescheduled to Monday March 20, 2008, at 11:30 a.m.**, in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
February 14, 2008
SO ORDERED:

                                              Richard J. Holwell
                                        United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/08